M. BERGEN STONE et al., appellants,

*v.*

AVALON ICE AND COLD STORAGE COMPANY, respondent.

[Decided December 11th, 1925.]

On appeal from a decree or order of the court of chancery advised by Vice-Chancellor Ingersoll, whose opinion is reported in *2 N. J. Mis. R. 628.*

*Mr. George H. Jacobs* and *Mr. Clarence L. Cole,* for the appellants.

*Mr. Andrew C. Boswell* and *Mr. Joseph J. Summerill,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ.   14.

*For reversal*—None.